UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-50 & |
| ) | Case No. 1:13-cr-130 |
| v. ) | |
| ) | COLLIER / LEE |
| IHSAAN AL-AMIN ) | |

REPORT AND RECOMMENDATION

  Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on November 14, 2013. At the hearing, defendant moved to withdraw his not guilty plea to Counts 104 and 105 of the 105-count Indictment and entered a plea of guilty to Counts 104 and 105 of the Indictment, in exchange for the undertakings made by the government in the written plea agreement. Further, defendant waived his right to prosecution by indictment and consented to proceeding on an information rather than indictment, and entered a plea of guilty to Count 1 of the one-count Bill of Information, in exchange for the undertakings made by the government in the written plea agreement. I find defendant made a knowing and voluntary waiver of indictment and consent to proceed before the magistrate judge. On the basis of the record made at the hearing, I find the defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

  Therefore, I **RECOMMEND** defendant's motion to withdraw his not guilty plea to Counts

104 and 105 of the Indictment be granted, his plea of guilty to Counts 104 and 105 of the Indictment be accepted, the Court adjudicate defendant guilty of the charges set forth in Counts 104 and 105 of the Indictment, and a decision on whether to accept the plea agreement be deferred until sentencing. Further, I **RECOMMEND** defendant's plea of guilty to Count 1 of the Bill of Information be accepted, and the Court adjudicate defendant guilty of the charges set forth in Count 1 of the Bill of Information, and a decision on whether to accept the plea agreement be deferred until sentencing. Defendant filed a motion to remain on bond after entry of his plea pending sentencing pursuant to 18 U.S.C. §§ 3143(a) & 3145(c). The Government did not object to the motion and instead agreed with Defendant's claim that exceptional reasons exist making detention inappropriate under 18 U.S.C. § 3145(c). Defendant's motion to remain on bond pending sentencing was granted and a separate Order has been entered. I further **RECOMMEND** that Defendant remain on bond until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. See 28 U.S.C. §636(b).