UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-50 & |
| ) | Case No. 1:13-cr-130 |
| v. ) | |
| ) | COLLIER / LEE |
| IHSAAN AL-AMIN ) | |

**O R D E R**

Defendant filed a motion to remain on bond after entry of his plea pending sentencing pursuant to 18 U.S.C. §§ 3143(a) & 3145(c) [Doc. 60, 1:12-cr-50; Doc. 4, 1:13-cr-130]. The Government did not object to the motion and agreed with Defendant's claim that exceptional reasons exist making detention inappropriate under 18 U.S.C. § 3145(c). Defendant's motion to remain on bond pending sentencing is **GRANTED** [Doc. 60, 1:12-cr-50; Doc. 4, 1:13-cr-130].

SO ORDERED.

ENTER:

                                                                         s/ *Susan K. Lee*
                                                                         SUSAN K. LEE
                                                                         UNITED STATES MAGISTRATE JUDGE