UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-50 & |
| ) | Case No. 1:13-cr-130 |
| v. ) | |
| ) | COLLIER / LEE |
| IHSAAN AL-AMIN, also known as ) | |
| ROBERT O'NEIL ROBINSON, JR ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts 104 and 105 of the 105-count Indictment; (2) accept Defendant's plea of guilty to Counts 104 and 105 of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts 104 and 105 of the Indictment; (4) accept Defendant's plea of guilty to the Bill of Information; (5) adjudicate Defendant guilty of the charges set forth in the Count 1 of the one-count Bill of Information; (6) defer a decision on whether to accept the plea agreement until sentencing (Court File No. 66 in case number 1:12-cr-50; Court File No. 11 in case number 1:13-cr-130). Defendant's motion to remain on bond under appropriate conditions of release pending sentencing in this matter was granted. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 66 in case number 1:12-cr-50; Court File No. 11 in case number 1:13-cr-130) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts 104 and 105 of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts 104 and 105 of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts 104 and 105 of the Indictment;

(4) Defendant's plea of guilty to Count 1 of the Bill of Information is **ACCEPTED**;

(5) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count 1 of the Bill of Information;

(6) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(7) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **Thursday, March 20, 2014 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**